Feliciano MUNOZ, Petitioner–Appellant

v.

Dan JOSLIN, Warden Federal Correctional Institute, Respondent–Appellee.

No. 06–11322
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 21, 2007.

Feliciano Munoz, Federal Correctional Institution Seagoville, Seagoville, TX, pro se.

Before HIGGINBOTHAM, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM: *

Feliciano Munoz, federal prisoner # 23556–077, appeals the dismissal of his 28 U.S.C. § 2241 petition for lack of jurisdiction. Munoz challenges his 1993 convictions for violations of 21 U.S.C. §§ 843(b) and 846.

Munoz seeks relief pursuant to *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), *Blakely v. Washington*, 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), and *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Munoz's claims do not fall under the savings clause of 28 U.S.C. § 2255; thus, he may not pursue

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

relief under § 2241. *See Padilla v. United States,* 416 F.3d 424, 427 (5th Cir.2005); *Reyes–Requena v. United States,* 243 F.3d 893, 904 (5th Cir.2001).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.